M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2022 SEP 12 A II: 10

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Tony Lee Smith
Full name and prison name of
Plaintiff(s)

v.

Alcornelia Terry, Nola Lucas, Warden John Doe, Classification Officer John Doe, Lt. Jackie Pettway, John Doe #3

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

CIVIL ACTION NO. 2:22-cv-540-MHT-CSC
(To be supplied by Clerk of U.S. District Court)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☑ No ☐

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☑ NO ☐

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) Tony Lee Smith #152953

         Defendant(s) Jefferson Dunn, Cassandra Conway, Angela Baggett, Kim McCarson, John Doe #1

      2. Court (if federal court, name the district; if state court, name the county)
         Montgomery County Circuit Court

3. Docket number CV-2022-28.00

4. Name of judge to whom case was assigned
Brooke E. Reid

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) Dismissed

6. Approximate date of filing lawsuit January 2022

7. Approximate date of disposition 20 May 2022

II. PLACE OF PRESENT CONFINEMENT Easterling Correctional Facility, 200 Wallace Dr., Clio, AL 36017

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Draper Corr. Fac.,

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                    ADDRESS

1. Alcornelia Terry, 301 S. Ripley St., Montgomery, AL. 36104
2. Nola Lucas, 301 S. Ripley St., Montgomery, AL. 36104
3. Warden John Doe, 2828 Hwy 143, Elmore, AL. 36025
4. Classification Officer John Doe, 2828 Hwy 143, Elmore, AL. 36025
5. Lt. Jackie Pettway, 2828 Hwy 143, Elmore, AL. 36025
6. Defendant John Doe #3, 301 S. Ripley St., Montgomery, AL. 36104

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED
November 5, 2020 until November 23, 2020

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Violation of Amendment 14 Over detention / Held in custody after order of release for time served.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.) On November 5, 2020 the circuit court ordered that I was sentenced to time served and to be released from custody. This order and a sentencing transcript was E-filed and received by the Alabama Department of Corrections on that day yet I remained confined at the decommissioned Draper prison for an additional 18 days. See attached.

GROUND TWO: ~~[struck through]~~

SUPPORTING FACTS: ~~[struck through]~~

GROUND THREE: _____

SUPPORTING FACTS: _____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

1.) I am seeking nominal, compensatory, and punitive award for damages to be established in a later stage of the proceedings. 2.) I am requesting declaratory judgment to determine if my detention in the A.D.O.C. from November 5, 2020 until November 23, 2020 was lawful.

_Tony Lee Smith_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __15 August 2022__.
(Date)

_Tony Lee Smith_
Signature of plaintiff(s)

Tony Lee Smith #AS2453
EASTERLING CORRECTIONAL FACILITY H2-30B
200 WALLACE DRIVE
CLIO, ALABAMA 36017

FIRST-CLASS
US POSTAGE IMI PITNEY BOWES
ZIP 36017
02 7H
0001310127    $ 001.05⁰
SEP 09 2022

CLERK, U.S. District Court
for the Middle District of Alabama
One Church St., Room B-110
Montgomery, AL.
36104

**LEGAL USE ONLY**

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."