IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TONY LEE SMITH, AIS #152953, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:22-cv-540-RAH-CSC |
| | ) | |
| ALCORNELIA TERRY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of the Parties' agreement, Defendants' *Status Report* (doc. 59) and *Plaintiff's Notice To The Court Pursuant To The Court's January 7 Order* (doc. 61), this action is **DISMISSED** with prejudice on the terms agreed to and set out by the parties. All pending deadlines are terminated. The Clerk of Court is DIRECTED to close the case.

**DONE** and **ORDERED** on this the 13th day of January 2026.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE